Case 17-10910-TPA    Doc 39    Filed 07/12/18    Entered 07/12/18 14:39:07    Desc Main
Document    Page 1 of 1

FILED
7/12/18 2:06 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

Debtor: Elayne C. Weiss
Case Number: 17-10910      Chapter: 13
Date / Time / Room: July 10, 2018 at 11:00 a.m., Bankruptcy Courtroom
Hearing Officer: CHAPTER 13 TRUSTEE

**Matter:**   #12 - Cont. Final Confirmation of Plan dated 9/21/17 (NFC)

**Appearances:**

Debtor: Seitz
Trustee: Winnecour / Katz / Pail
Creditor:

*[Handwritten: No Apparent LAT. Debtor has lost her job. To consider conversion & other options]*

**Proceedings:**

Recommended Outcome:

1. ___ Case Converted to Chapter 7  *[handwritten: to be in 14 days]*
2. ___ Case Converted to Chapter 11
3. ___ Case Dismissed without Prejudice
4. ___ Case Dismissed with Prejudice
5. ___ Debtor is to inform Court within ___ days their preference to Convert or Dismiss
6. ___ The plan payment/term is increased/extended to _____, effective _____.
7. ___ Plan/Motion continued to _____ at _____.
8. ___ An Amended Plan is to be served on all creditors and certificate of service filed by _____
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. ___ Other:

**For Judge Agresti cases:**
Student Loan Debt: If the pro rata or timing of the proposed plan payment on student loan debt differs in any respect to that of the unsecured debt in the case, describe such differences and reasons for disparate treatment: _____