**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Case No. 17-10910-TPA |
| **Elayne C. Weiss,** | : | |
| Debtor | : | Chapter 13 |
| | : | |
| **Elayne C. Weiss,** | : | Docket No. 42 |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| **No Respondents** | : | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE ON DEBTOR'S
MOTION TO CONVERT CHAPTER 13 CASE TO CHAPTER 7**

TO THE RESPONDENT(S):

You are hereby notified that the above Movant(s) seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant(s) a response to the application no later than **August 14, 2018**, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Application may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held on **Wednesday, September 19, 2018, at 10:00 AM** before Judge Agresti in the Erie Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501 . Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file or serve a written response.

Date of service: July 24, 2018                               Attorney for Movant:

                                                                              /s/ Kenneth P. Seitz, Esquire
                                                                              Kenneth P. Seitz, Esquire
                                                                              PA I.D. # 81666
                                                                              Law Offices of Kenny P. Seitz
                                                                              P.O. Box 211
                                                                              Ligonier, PA  15658
                                                                              (814) 536-7470