**Form 132**

UNITED STATES BANKRUPTCY COURT    48
WESTERN DISTRICT OF PENNSYLVANIA    amaz

In re:    Bankruptcy Case No.: 17–10910–TPA

Chapter: 7

**Elayne C. Weiss**
**fka Elayne C Tommarello**
   Debtor(s)

**NOTICE OF APPOINTMENT OF INTERIM TRUSTEE
AND DETERMINATION OF TRUSTEE BOND**

   Tamera Ochs Rothschild is hereby appointed Interim Trustee for the estate of the above debtor(s). Unless another trustee is elected at the meeting of creditors, convened pursuant to 11 U.S.C §341(a), the Interim Trustee shall serve as Trustee.

   In accordance with 11 U.S.C §322(b), the United States Trustee has determined the amount of the blanket trustee bond and determined the sufficiency of the surety thereon.

 Dated: 7/27/18    **Andrew R. Vara**
   Acting United States Trustee

   **Joseph S. Sisca**
   Assistant United States Trustee
   Western District of Pennsylvania

---

I Tamera Ochs Rothschild, hereby reject appointment as Trustee.

Dated: This _____ day of _____,_____.

   Tamera Ochs Rothschild

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                              Case No. 17-10910-TPA
Elayne C. Weiss                                                     Chapter 7
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-1          User: amaz                  Page 1 of 1          Date Rcvd: Jul 27, 2018
                              Form ID: 132                Total Noticed: 5
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2018.
```
db             +Elayne C. Weiss,    643 Reed Road,    Clarion, PA 16214-6939
aty            +Kenneth P. Seitz,    Law Offices of Kenny P. Seitz,     P.O. Box 211,    Ligonier, PA 15658-0211
tr             +Ronda J. Winnecour,    Suite 3250, USX Tower,    600 Grant Street,    Pittsburgh, PA 15219-2702
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr              +E-mail/Text: trothschild@gmx.com Jul 28 2018 02:31:04      Tamera Ochs Rothschild,
                 318 W. Spring Street,    Titusville, PA 16354-1659
ust             +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Jul 28 2018 02:32:09
                 Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
                 Pittsburgh, PA 15222-3721
                                                                                              TOTAL: 2

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2018                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2018 at the address(es) listed below:
```
              Frank   Kosir, Jr.    on behalf of Creditor    DITECH FINANCIAL LLC fk@muslaw.com
              Frank   Kosir, Jr.    on behalf of Plaintiff   Ditech Financial LLC fk@muslaw.com
              James   Warmbrodt     on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              Kenneth P. Seitz     on behalf of Debtor Elayne C. Weiss thedebterasers@aol.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
              Tamera Ochs Rothschild     trothschild@gmx.com, pa70@ecfcbis.com
                                                                                              TOTAL: 7
```