| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | **Elayne C. Weiss** | Social Security number or ITIN | **xxx–xx–7649** |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | Date case filed in chapter **13** | **8/30/17** |
| Case number: | **17–10910–TPA** | Date case converted to chapter **7** | **7/27/18** |

Official Form 309B (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**       12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Elayne C. Weiss | |
| 2. | **All other names used in the last 8 years** | fka Elayne C Tommarello | |
| 3. | **Address** | 643 Reed Road<br>Clarion, PA 16214 | |
| 4. | **Debtor's attorney**<br>Name and address | Kenneth P. Seitz<br>Law Offices of Kenny P. Seitz<br>P.O. Box 211<br>Ligonier, PA 15658 | Contact phone 814–536–7470<br><br>Email: thedebterasers@aol.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Tamera Ochs Rothschild<br>318 W. Spring Street<br>Titusville, PA 16354 | Contact phone 814–827–2760<br><br>Email: trothschild@gmx.com |

**For more information, see page 2 >**

Official Form 309B (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**       page **1**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA 16501 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 814–464–9740<br><br>Date: 7/27/18 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 14, 2018 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Courtroom No. 2, Clarion County Courthouse, Main Street, Clarion, PA 16214** |
| **8.     Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 11/13/18** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):**<br>**Deadline for governmental units to file a proof of claim:** | **Filing deadline: 10/5/18**<br><br>**Filing deadline: 2/26/18** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim as described above. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309B (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**                                            page **2**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-10910-TPA
Elayne C. Weiss                                                           Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: amaz              Page 1 of 2              Date Rcvd: Jul 27, 2018
                              Form ID: 309B           Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 29, 2018.
db          +Elayne C. Weiss,    643 Reed Road,    Clarion, PA 16214-6939
aty         +Frank Kosir, Jr.,    Meyer, Unkovic & Scott LLP,    Henry W. Oliver Building,
              535 Smithfield Street, Suite 1300,    Pittsburgh, PA 15222-2300
aty         +James Warmbrodt,    KML Law Group, P.C.,    701 Market Street,   Suite 5000,
              Philadelphia, PA 19106-1541
cr          +DITECH FINANCIAL LLC,    3000 Bayport Drive,    Suite 330,   Tampa, FL 33607-8402
14684613     AEO/Syncrhony Bank,    P.O. Box 960013,   Orlando, FL 32896-0013
14684612    +Advanced Call Center Technologies, LLC,    P.O. Box 9091,    Gray, TN 37615-9091
14756336    +Bank of America, N.A.,    P O Box 982284,   El Paso, TX 79998-2284
14684621    +Client Services, Inc.,    3451 Harry Truman Blvd.,    Saint Charles, MO 63301-9816
14684625    +GC Services,   6330 Gulton,    Houston, TX 77081-1198
14684628    +MRS Assoc.,   1930 Olney Avenue,    Cherry Hill, NJ 08003-2016
14684627    +Meyer, Unkovic & Scott, LLP,    Attn: Frank Kosir, Jr, Esquire,    Henry W. Oliver Building,
              535 Smithfield Street, Suite 1300,    Pittsburgh, PA 15222-2300
14684629    +S&T Bank,   P.O. Box 190,    Indiana, PA 15701-0190
14761749    +S&T Bank,   c/o Consumer Collections Dept.,    355 North Fifth Street,    Indiana, PA 15701-1940
14769538    +Windstream,   Attn: Financial Services,    1720 Galleria Blvd,    Charlotte, NC 28270-2408

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty          E-mail/Text: thedebterasers@aol.com Jul 28 2018 02:31:00     Kenneth P. Seitz,
              Law Offices of Kenny P. Seitz,    P.O. Box 211,   Ligonier, PA 15658
tr          +EDI: BTOROTHSCHILD.COM Jul 28 2018 05:58:00     Tamera Ochs Rothschild,    318 W. Spring Street,
              Titusville, PA 16354-1659
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 28 2018 02:31:55     Pennsylvania Dept. of Revenue,
              Department 280946,    P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
              Harrisburg, PA 17128-0946
ust          E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Jul 28 2018 02:32:09
              Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
              Pittsburgh, PA 15222-3721
14684614    +EDI: AFNIRECOVERY.COM Jul 28 2018 05:58:00     Afni, Inc.,    1310 MLK Drive,   P.O. Box 3517,
              Bloomington, IL 61702-3517
14684615    +EDI: ALLIANCEONE.COM Jul 28 2018 05:58:00     AllianceOne Receivables Managemnet, Inc.,
              4850 Street Rd, Suite 300,    Feasterville Trevose, PA 19053-6643
14684616     EDI: BANKAMER.COM Jul 28 2018 05:58:00     Bank of America,    P.O. Box 15019,
              Wilmington, DE 19886
14684617     EDI: CAPITALONE.COM Jul 28 2018 05:58:00     Capital One Bank (USA), N.A.,    P.O. Box 71083,
              Charlotte, NC 28272-1083
14684619    +EDI: CHASE.COM Jul 28 2018 05:58:00     Chase,   Cardmember Service,    P.O. Box 15123,
              Wilmington, DE 19886-5123
14684618    +EDI: CHASE.COM Jul 28 2018 05:58:00     Chase,   Cardmember Service,    P.O. Box 15153,
              Wilmington, DE 19886-5153
14684620    +EDI: CITICORP.COM Jul 28 2018 05:58:00     Citi,   100 Citibank Drive,
              San Antonio, TX 78245-3214
14714727     EDI: DISCOVER.COM Jul 28 2018 05:58:00     Discover Bank,    Discover Products Inc,
              PO Box 3025,   New Albany, OH 43054-3025
14684622     EDI: ESSL.COM Jul 28 2018 05:58:00     Dish Network,   P.O. Box 94063,
              Palatine, IL 60094-4063
14684623    +E-mail/Text: bankruptcy.bnc@ditech.com Jul 28 2018 02:31:28     Ditech Financial,
              P.O. Box 6172,   Rapid City, SD 57709-6172
14705004     E-mail/Text: bankruptcy.bnc@ditech.com Jul 28 2018 02:31:28
              Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
              Rapid City, South Dakota 57709-6154
14684624    +E-mail/Text: egssupportservices@alorica.com Jul 28 2018 02:32:28     EGS Financial Care, Inc.,
              4740 Baxter Road,    Virginia Beach, VA 23462-4484
14684626     EDI: IRS.COM Jul 28 2018 05:58:00     IRS,   Centralized Insolvency Operation,    P.O. Box 7346,
              Philadelphia, PA 19101-7346
14686015    +EDI: PRA.COM Jul 28 2018 05:58:00     PRA Receivables Management, LLC,    PO Box 41021,
              Norfolk, VA 23541-1021
14765322     EDI: Q3G.COM Jul 28 2018 05:58:00     Quantum3 Group LLC as agent for,    MOMA Funding LLC,
              PO Box 788,   Kirkland, WA 98083-0788
14766846    +EDI: RMSC.COM Jul 28 2018 05:58:00     Synchrony Bank,    c/o PRA Receivables Management, LLC,
              PO Box 41021,   Norfolk VA 23541-1021
14684630     EDI: RMSC.COM Jul 28 2018 05:58:00     Synchrony Bank/JCP,    P.o. Box 960090,
              Orlando, FL 32896-0090
14684631     EDI: RMSC.COM Jul 28 2018 05:58:00     Synchrony Bank/JCPenney Credit Services,
              P.O. Box 960090,    Orlando, FL 32896-0090
14684632    +EDI: WFNNB.COM Jul 28 2018 05:58:00     Victoria's Secret,    P.O. Box 659728,
              San Antonio, TX 78265-9728
14684633    +EDI: RMSC.COM Jul 28 2018 05:58:00     Walmart/Synchrony Bank,    P.O. Box 530927,
              Atlanta, GA 30353-0927
                                                                                              TOTAL: 24

```
District/off: 0315-1           User: amaz                  Page 2 of 2                   Date Rcvd: Jul 27, 2018
                               Form ID: 309B               Total Noticed: 38
```

            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                             TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 27, 2018 at the address(es) listed below:
              Frank   Kosir, Jr.    on behalf of Plaintiff    Ditech Financial LLC fk@muslaw.com
              Frank   Kosir, Jr.    on behalf of Creditor     DITECH FINANCIAL LLC fk@muslaw.com
              James   Warmbrodt     on behalf of Creditor     DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              Kenneth P. Seitz    on behalf of Debtor Elayne C. Weiss thedebterasers@aol.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
              Tamera Ochs Rothschild    trothschild@gmx.com, pa70@ecfcbis.com
                                                                                             TOTAL: 7