**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>ELAYNE C. WEISS<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:17-10910 TPA<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

  1. The case was filed on 08/30/2017 and confirmed on 11/07/2017. The case was subsequently    (D)
CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

  2. The Trustee made the following disbursements.

| | | | |
|---|---|---|---|
| Total Receipts | | | 4,707.64 |
| Less Refunds to Debtor | | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | | 4,702.64 |
| | | | |
| Administrative Fees | | | |
| Filing Fee | | 0.00 | |
| Notice Fee | | 0.00 | |
| Attorney Fee | | 2,067.36 | |
| Trustee Fee | | 205.44 | |
| Court Ordered Automotive Insurance | | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | | 2,272.80 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
| S & T BANK(*) | 13,746.55 | 1,705.30 | 724.54 | 2,429.84 |
| Acct: 3793 | | | | |
| DITECH FINANCIAL LLC F/K/A GREEN TREE | 74,580.17 | 0.00 | 0.00 | 0.00 |
| Acct: 6545 | | | | |
| | | | | 2,429.84 |
| **Priority** | | | | |
| KENNETH P SEITZ ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ELAYNE C. WEISS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ELAYNE C. WEISS | 5.00 | 5.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LAW OFFICES OF KENNETH P SEITZ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KENNETH P SEITZ ESQ | 3,279.00 | 2,067.36 | 0.00 | 0.00 |
| Acct: | | | | |
| PA SCDU* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| INTERNAL REVENUE SERVICE* | 3,000.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| ADVANCED CALL CENTER TECHNOLOGIES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0254 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6407 | | | | |
| AFNI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2401 | | | | |
| ALLIANCE ONE RECEIVABLES MGMNT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2839 | | | | |
| BANK OF AMERICA NA** | 3,082.24 | 0.00 | 0.00 | 0.00 |
| Acct: 2833 | | | | |
| SYNCHRONY BANK | 924.40 | 0.00 | 0.00 | 0.00 |
| Acct: 1741 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FU | 5,447.64 | 0.00 | 0.00 | 0.00 |
| Acct: 3198 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FU | 1,839.53 | 0.00 | 0.00 | 0.00 |
| Acct: 6407 | | | | |
| GC SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0363 | | | | |
| GC SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1941 | | | | |
| GC SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0042 | | | | |
| MRS ASSOCIATES INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4244 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FU | 2,885.20 | 0.00 | 0.00 | 0.00 |
| Acct: 0254 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FU | 464.97 | 0.00 | 0.00 | 0.00 |
| Acct: 4334 | | | | |
| DISCOVER BANK(*) | 1,307.68 | 0.00 | 0.00 | 0.00 |
| Acct: 0946 | | | | |
| WINDSTREAM COMMUNICATIONS | 376.66 | 0.00 | 0.00 | 0.00 |
| Acct: 7649 | | | | |
| S & T BANK(*) | 5,388.73 | 0.00 | 0.00 | 0.00 |
| Acct: 3793 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6407 | | | | |
| MEYER UNKOVIC & SCOTT LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5067 | | | | |
| CHASE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1923 | | | | |
| CHASE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4647 | | | | |
| CITIBANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1741 | | | | |
| DISH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9358 | | | | |
| MEYER UNKOVIC & SCOTT LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2017 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0254 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3198 | | | | |

| 17-10910 TPA | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 3 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

\* \* \* N O N E \* \* \*

| | | | | |
|---|---|---|---|---|
| TOTAL PAID TO CREDITORS | | | | 2,429.84 |
| TOTAL CLAIMED | | | | |
| PRIORITY | 3,000.00 | | | |
| SECURED | 88,326.72 | | | |
| UNSECURED | 21.717.05 | | | |

Date: 08/30/2018

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com