**Form 144**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Elayne C. Weiss
fka Elayne C Tommarello**
Debtor(s)

Bankruptcy Case No.: 17−10910−TPA

Chapter: 7
Docket No.: 58

## NOTICE – REMINDER

    Pursuant to *Fed.R.Bankr.P. 5009(b),* notice is hereby given that the above−captioned case will be closed without an Order of Discharge unless a *Certification of Completion of Instructional Course Concerning Personal Financial Management* (**Official Form B423**) is filed within the applicable deadline set forth in *Fed.R.Bankr.P. 1007(c).* The deadline is as follows:

    ***CHAPTER 7 CASES*** − − *Fed.R.Bankr.P. 1007(c)* requires an individual debtor in a Chapter 7 case to file a statement regarding completion of a course in personal financial management within **60 days** after the first date set for the meeting of creditors under §341 of the Bankruptcy Code.

Dated: October 29, 2018

Michael R. Rhodes, Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 17-10910-TPA
Elayne C. Weiss                                                     Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: admin          Page 1 of 1          Date Rcvd: Oct 29, 2018
                              Form ID: 144         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2018.
db             +Elayne C. Weiss,    643 Reed Road,    Clarion, PA 16214-6939

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2018                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2018 at the address(es) listed below:
     Frank  Kosir, Jr.    on behalf of Plaintiff    Ditech Financial LLC fk@muslaw.com
     Frank  Kosir, Jr.    on behalf of Creditor    DITECH FINANCIAL LLC fk@muslaw.com
     James  Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
     Kenneth P. Seitz    on behalf of Debtor Elayne C. Weiss thedebterasers@aol.com
     Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
     Tamera Ochs Rothschild    trothschild@gmx.com,  pa70@ecfcbis.com
                                                                                    TOTAL: 6