**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Elayne C. Weiss** | Social Security number or ITIN  xxx–xx–7649 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **17–10910–TPA**

# Order of Discharge                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

   Elayne C. Weiss
   fka Elayne C Tommarello

11/14/18                                              **By the court:**  Thomas P. Agresti
                                                                              United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                          **Order of Discharge**                          page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 17-10910-TPA
Elayne C. Weiss                                                         Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: admin            Page 1 of 2           Date Rcvd: Nov 14, 2018
                         Form ID: 318           Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2018.
```
db              +Elayne C. Weiss,    643 Reed Road,    Clarion, PA 16214-6939
cr              +DITECH FINANCIAL LLC,    3000 Bayport Drive,    Suite 330,    Tampa, FL 33607-8402
14684612        +Advanced Call Center Technologies, LLC,    P.O. Box 9091,    Gray, TN 37615-9091
14756336        +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14684621        +Client Services, Inc.,    3451 Harry Truman Blvd.,    Saint Charles, MO 63301-9816
14684625        +GC Services,    6330 Gulton,    Houston, TX 77081-1198
14684628        +MRS Assoc.,    1930 Olney Avenue,    Cherry Hill, NJ 08003-2016
14684627        +Meyer, Unkovic & Scott, LLP,    Attn: Frank Kosir, Jr, Esquire,    Henry W. Oliver Building,
                  535 Smithfield Street, Suite 1300,    Pittsburgh, PA 15222-2300
14684629        +S&T Bank,    P.O. Box 190,    Indiana, PA 15701-0190
14761749        +S&T Bank,    c/o Consumer Collections Dept.,    355 North Fifth Street,    Indiana, PA 15701-1940
14769538        +Windstream,    Attn: Financial Services,    1720 Galleria Blvd,    Charlotte, NC 28270-2408
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 15 2018 03:57:22     Pennsylvania Dept. of Revenue,
                  Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                  Harrisburg, PA  17128-0946
14684613         EDI: RMSC.COM Nov 15 2018 08:33:00     AEO/Syncrhony Bank,    P.O. Box 960013,
                  Orlando, FL 32896-0013
14684614        +EDI: AFNIRECOVERY.COM Nov 15 2018 08:33:00      Afni, Inc.,    1310 MLK Drive,    P.O. Box 3517,
                  Bloomington, IL 61702-3517
14684615        +EDI: ALLIANCEONE Nov 15 2018 08:33:00      AllianceOne Receivables Managemnet, Inc.,
                  4850 Street Rd, Suite 300,    Feasterville Trevose, PA 19053-6643
14684616         EDI: BANKAMER.COM Nov 15 2018 08:33:00     Bank of America,    P.O. Box 15019,
                  Wilmington, DE 19886
14684617         EDI: CAPITALONE.COM Nov 15 2018 08:33:00     Capital One Bank (USA), N.A.,    P.O. Box 71083,
                  Charlotte, NC 28272-1083
14684619        +EDI: CHASE.COM Nov 15 2018 08:33:00     Chase,   Cardmember Service,    P.O. Box 15123,
                  Wilmington, DE 19886-5123
14684618        +EDI: CHASE.COM Nov 15 2018 08:33:00     Chase,   Cardmember Service,    P.O. Box 15153,
                  Wilmington, DE 19886-5153
14684620         EDI: CITICORP.COM Nov 15 2018 08:33:00     Citi,   100 Citibank Drive,
                  San Antonio, TX 78245-3214
14714727         EDI: DISCOVER.COM Nov 15 2018 08:33:00     Discover Bank,    Discover Products Inc,
                  PO Box 3025,    New Albany, OH 43054-3025
14684622         EDI: ESSL.COM Nov 15 2018 08:33:00     Dish Network,    P.O. Box 94063,
                  Palatine, IL 60094-4063
14684623        +E-mail/Text: bankruptcy.bnc@ditech.com Nov 15 2018 03:56:51      Ditech Financial,
                  P.O. Box 6172,    Rapid City, SD 57709-6172
14705004         E-mail/Text: bankruptcy.bnc@ditech.com Nov 15 2018 03:56:51
                  Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                  Rapid City, South Dakota 57709-6154
14684624        +E-mail/Text: egssupportservices@alorica.com Nov 15 2018 03:57:59      EGS Financial Care, Inc.,
                  4740 Baxter Road,    Virginia Beach, VA 23462-4484
14684626         EDI: IRS.COM Nov 15 2018 08:33:00     IRS,    Centralized Insolvency Operation,    P.O. Box 7346,
                  Philadelphia, PA 19101-7346
14912812         EDI: RESURGENT.COM Nov 15 2018 08:33:00     LVNV Funding, LLC its successors and assigns as,
                  assignee of Capital One Bank (USA), N.A.,    Resurgent Capital Services,    PO Box 10587,
                  Greenville, SC 29603-0587
14686015        +EDI: PRA.COM Nov 15 2018 08:33:00     PRA Receivables Management, LLC,    PO Box 41021,
                  Norfolk, VA 23541-1021
14765322         EDI: Q3G.COM Nov 15 2018 08:33:00     Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                  PO Box 788,    Kirkland, WA  98083-0788
14766846        +EDI: RMSC.COM Nov 15 2018 08:33:00     Synchrony Bank,    c/o PRA Receivables Management, LLC,
                  PO Box 41021,    Norfolk VA 23541-1021
14684630         EDI: RMSC.COM Nov 15 2018 08:33:00     Synchrony Bank/JCP,    P.o. Box 960090,
                  Orlando, FL 32896-0090
14684631         EDI: RMSC.COM Nov 15 2018 08:33:00     Synchrony Bank/JCPenney Credit Services,
                  P.O. Box 960090,    Orlando, FL 32896-0090
14684632        +EDI: WFNNB.COM Nov 15 2018 08:33:00     Victoria's Secret,    P.O. Box 659728,
                  San Antonio, TX 78265-9728
14684633        +EDI: RMSC.COM Nov 15 2018 08:33:00     Walmart/Synchrony Bank,    P.O. Box 530927,
                  Atlanta, GA 30353-0927
                                                                                               TOTAL: 23

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-1          User: admin              Page 2 of 2              Date Rcvd: Nov 14, 2018
                              Form ID: 318             Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2018 at the address(es) listed below:
              Frank   Kosir, Jr.    on behalf of Plaintiff    Ditech Financial LLC fk@muslaw.com
              Frank   Kosir, Jr.    on behalf of Creditor     DITECH FINANCIAL LLC fk@muslaw.com
              James   Warmbrodt     on behalf of Creditor     DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              Kenneth P. Seitz    on behalf of Debtor Elayne C. Weiss thedebterasers@aol.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Tamera Ochs Rothschild    trothschild@gmx.com,  pa70@ecfcbis.com
                                                                                          TOTAL: 6
```